IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| ELSIE SMITH, et al. | : | CIVIL ACTION |
|---|---|---|
| v. | : | |
| BURLINGTON COAT FACTORY WAREHOUSE CORPORATION | : | NO. 10-1454 |

ORDER

AND NOW, this 27th day of August, 2010, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that:

(1) the motion of the plaintiffs to amend the caption of the complaint is GRANTED; and

(2) the caption shall now name "Burlington Coat Factory of Pennsylvania, LLC" as the defendant in place of "Burlington Coat Factory Warehouse Corporation."

BY THE COURT:

/s/ Harvey Bartle III
C.J.